IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES GILMORE, JR.,** | ] |
| | ] |
| Petitioner, | ] |
| | ] |
| vs. | ]   CIVIL ACTION NO. 2:06-1433-RDP-RRA |
| | ] |
| **WARDEN JERRY FERRELL, et al.,** | ] |
| | ] |
| Respondents. | ] |

## MEMORANDUM OPINION

This is a habeas corpus petition. The magistrate judge entered a report and recommendation recommending that Respondents' motion for summary judgment be granted and the action dismissed. No objections have been filed. The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be dismissed without prejudice. An appropriate order will be entered.

**DONE** and **ORDERED** this     4th     day of June, 2007.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE